# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY BROWN and DAN SHIPLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 2:14-cv-02828-JVS-AN<br><br>**ORDER STAYING PROCEEDINGS PURSUANT TO STIPULATION BY THE PARTIES PENDING RULING BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

IT IS HEREBY ORDERED THAT the parties having agreed and stipulated to a stay of all proceedings pending a final determination by the Judicial Panel on Multidistrict Litigation ("JPML") regarding whether this action, and other related actions, should be consolidated pursuant to 28 U.S.C. § 1407 and, if so, in which forum, all proceedings are so stayed, effective as of the date of this order. Should further proceedings be necessary in this matter, Defendant General Motors LLC SHALL have thirty (30) days from the date of the JPML's order to answer or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: May 06, 2014

Hon. James V. Selna
United States District Judge